WILLIAM R. SMITH ET AL. *v.* ROBERT J. GALLIVAN ET AL.

The motion by the law firm of Hoppin, Carey and Powell for permission to withdraw its appearance for the intervening defendants in the appeal from the Superior Court in Hartford County is granted as to Abraham L. Giles only.

*Paul W. Orth,* for the law firm of Hoppin, Carey and Powell.

Argued June 5—decided June 5, 1973

CHARLES H. MILLER *v.* HABIB FARRAH ET AL.

The plaintiff's motion to dismiss the appeal of the defendants Curtis, Dean and Rhodes, Inc., and Farnsworth Associates, Ltd., Inc., from the Superior Court in Middlesex County is granted.

*David E. Kamins,* for the appellee (plaintiff).

*Raphael Korff,* for the appellants (defendants Curtis, Dean and Rhodes, Inc., and Farnsworth Associates, Ltd., Inc.).